IN THE COUNTY COURT OF THE NINTH JUDICIAL CIRCUIT, IN AND FOR ORANGE COUNTY, FLORIDA

CASE NO.: 2023-CC-022135-O

**M & B TRUCKING & TRANSPORTATION, LLC**

          **Plaintiff,**

v.

**PROGRESSIVE MOUNTAIN INSURANCE COMPANY**

          **Defendant.**

_____/

## CORRECTED DECLARATION OF RIGHTS AGAINST PROGRESSIVE MOUNTAIN INSURANCE CO. ON BEHALF OF M & B TRUCKING & TRANSPORTATION LLC

*(Corrected only to include exhibits referenced in Complaint but previously unattached to prior filing)*

**COMES NOW** the Plaintiff, M & B Trucking & Transportation LLC, by and through the undersigned counsel, and hereby sues the Defendant, Progressive Mountain Insurance Company, and alleges:

1. This is an action for declaratory judgment, pursuant to Florida Statutes, Chapter 86, with respect to the interpretation, rights, obligations, and exclusions of the coverage issued by Progressive Mountain Insurance Company (hereafter "Defendant" or "Progressive" on a commercial trucking insurance policy to Plaintiff, M & B Trucking & Transportation LLC (hereafter "Plaintiff" or "M & B").

2. The Plaintiff is a Florida Limited Liability Company, whose Articles of Organization For Limited Liability Company were filed with the State of Florida on April 1, 2022.

3. The Plaintiff is a commercial trucking company, that is primarily engaged in refrigerated transportation using a commercial truck and refrigerated trailer. The mailing address of Plaintiff, from its inception to the present, is 5940 Yucatan Drive, Orlando, Florida. Plaintiff is a corporate resident of Orange County, Florida

4. The Defendant is a foreign insurance company with principal place of business at 6300 Wilson Mils Road, Meyfield Village, Ohio 44143, that upon information and belief has designated CT Corporation System as its registered agent.

1

5. The three managing members of the M & B, are Curtis Bradshaw, a resident of Valdosta, Georgia, Ester Bradshaw, the wife of Curtis Bradshaw and a resident of Valdosta, Georgia and Paul Miranda, a resident of Orlando, Florida.

6. Plaintiff, primarily through its managing member, Paul Miranda, purchased a commercial trucking insurance policy, from Progressive, and Progressive issued Policy Number 957939273 to the Plaintiff.

7. The twelve-month premium that Progressive charged Plaintiff was $20,477.00.

8. A true and correct copy of the declarations page of the subject policy is attached as **Exhibit 1.**

9. M & B is generally involved in transportation of food and other goods requiring refrigerated transportation and generally transports goods over state lines. Plaintiff will often have transportation runs of over 1,000 miles.

10. When the M & B stats a transportation run in Florida, prior to the run its tractor will normally be parked at 5940 Yucatan Drive, Orlando, Florida and the trailer will be stored a few miles away because 5940 Yucatan Drive is a residential address.

11. When the M & B ends a transportation run in Florida, following the run its tractor will normally be parked at 5940 Yucatan Drive, Orlando, Florida and the trailer will be stored a few miles away because 5940 Yucatan Drive is a residential address.

12. When the M & B stats a transportation run in Georgia, prior to the run its tractor will normally be parked at 4891 Lori Street, Valdosta, Georgia, a residential property leased by Curtis and Esther Bradshaw and the trailer will be stored a few miles away because 4891 Lori Street is a residential address.

13. When the M & B ends a transportation run in Georgia, following the run its tractor will normally be parked at 4891 Lori Street, Valdosta, Georgia, and the trailer will be stored a few miles away because 4891 Lori Street is a residential address.

14. When M & B conducts a run that takes more than one business day to complete, at the end of the work day the tractor and trailer will be parked at various hotels, motels, and similar accommodations that offer services to cross county truckers.

15. When the Plaintiff procured insurance from Progressive, the Plaintiff advised Progressive that the Tractor and Trailer would be "garaged" or "parked" in both Orlando, Florida, and Valdosta Georgia. On some runs that began in Florida and ended in Georgia (or vice-versa) the vehicle might be garaged in both Orlando and Georgia in the same week.

16. Progressive's declarations page clearly shows that Progressive was on notice of the interstate use of the tractor and trailer and that the tractor and trailer would be garaged or parked sometimes in Orlando, sometimes in Valdosta, and sometimes on a temporary

basis at the various hotel, motels, and truck lodges in the middle of a run. The policy lists a "Garaging Zip Code: 31605 Radius: More than 500 miles" for both the Tractor a 2017 Kenworth and the "Non-owned trailer." The policy lists the named insured as M & B Trucking & Transportation LLC 5940 Yucatan Drive, Orlando, FL 32807. The policy lists Curtis Bradshaw as the rated driver.

17. On November 10, 2022, the insured vehicle, while driven by Curtis Bradshaw was involved in a motor vehicle accident in Florida.

18. On November 10, 2022, the subject policy of insurance was in force and had not been cancelled.

19. Progressive assigned Claim Number 22-5291913 to the subject loss.

20. By letter dated February 14, 2023, Progressive denied coverage for the subject loss on the alleged basis of "Fraud or Misrepresentation" A true and correct copy of the February 14, 2023 corresondence is attahced hereto as **Exhibit 2**.

21. The Plaintiff contends that it is entitled to coverage under the subject policy.

22. The Plaintiff is lacking the necessary information:

    a. Whether there is coverage under the subject policy

23. The Defendant's coverage denial has caused the Plaintiff to be in doubt as to:

    a. Whether Plaintiff has Med Pay coverage under this subject policy.

    b. Whether the Plaintiff is entitled to coverage for Uninsured Motorist, Loss of Use, Towing, Cargo, Collision, or other coverage under the policy.

24. The Plaintiff is in need of the declaration of rights under the subject insurance policy and Florida law.

25. The facts necessary to render Plaintiffs' declaration of rights are set forth in this Complaint.

26. The Plaintiff, M & B Trucking & Transportation LLC has been caused to retain the undersigned and this law firm to enforce its rights against the Defendant, Progressive Mountain Insurance Company, for coverage under the subject policy, and is thereby obligated to pay reasonable attorney's fees and costs.

27. Progressive, upon information and belief has not refunded the policy premium and Plaintiff further seeks a declaration that Progressive must return the policy premium if the Plaintiff is not entitled to coverage.

28. The Plaintiff, M & B Trucking & Transportation LLC is entitled to attorney's fees pursuant to Florida Statutes section 627.428 or other statute or contract.

**WHEREFORE**, the Plaintiff, M & B Trucking & Transportation LLC moves this Court for a demand for judgment and grant the Plaintiff the following relief:

A. Judgment declaring that Plaintiff is entitled coverage under the subject policy.

B. Enforce the conditions, rights and/or obligations of the Defendant to the Plaintiff;

C. Declare the Defendant has violated Florida law and the policy of insurance for violating statutes by denying coverage on the subject policy.

D. Declare that Defendant must return the policy premium if there is no coverage under the policy.

E. Declare the Plaintiff is entitled to attorney's fees and costs pursuant to Florida, 627.428, 86.011, et seq et seq.; and legal assistant fees pursuant to Florida Statue §57.104; the inequitable conduct doctrine' and based on equitable grounds due to the Defendant's conduct, and any other relief that this Court deem proper.

F. Allow the Plaintiff to amend to add a claim for damages if the Court finds coverage and the Defendant does not voluntarily pay the claim without Court intervention.

**WHEREFORE**, the Plaintiff demands judgment for damages together with interest, costs and attorney's fees pursuant to Florida Statutes, §627.428, legal assistants' fees pursuant to §57.104 Florida Statutes, and costs pursuant to §92.231, Florida Statutes and §57-041, Florida Statutes, and any and all further relief as this Court deems just and proper, and further demands a trial by court on all issues.

**[CERTIFICATE OF SERVICE ON FOLLOWING PAGE]**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing has been furnished to Defendant herein through service of process.

        **SHUSTER & SABEN, LLC**

        */s/ Richard Shuster*
        _____
        RICHARD SHUSTER, ESQUIRE
        Fla. Bar No.: 0045713
        Email: richshuster@gmail.com
        Secondary: assistant2richardshuster@gmail.com
        1413 S. Patrick Drive, Suite 7
        Satellite Beach, FL  32937
        Telephone: 321-622-5040
        Fax: 877-335-4747
        Attorneys for Plaintiff

**EXHIBIT 1**

Progressive
P.O. Box 94739
Cleveland, OH 44101

**PROGRESSIVE® COMMERCIAL**

Named insured

M & B TRUCKING & TRANSPORTING LLC
5940 YUCATAN DR
ORLANDO, FL 32807

**Policy number:** 957939273
Underwritten by:
Progressive Mountain Insurance Co
August 1, 2022
Policy Period: May 6, 2022 - May 6, 2023
Page 1 of 3

progressivecommercial.com
**Online Service**
Make payments, check billing activity, print policy documents, update your policy or check the status of a claim.

**1-800-895-2886**
For customer service and claims service, 24 hours a day, 7 days a week.

# Commercial Auto Insurance Coverage Summary
This is your Declarations Page
Your policy information has changed

Your coverage began the later of May 6, 2022 at 12:01 a.m. or the effective time shown on your application. This policy period ends on May 6, 2023 at 12:01 a.m.

This coverage summary replaces your prior one. Your insurance policy and any policy endorsements contain a full explanation of your coverage. The policy limits shown for an auto may not be combined with the limits for the same coverage on another auto, unless the policy contract allows the stacking of limits. The policy contract is form 6912 (02/19). The contract is modified by forms 2852GA (02/19), 4757GA (02/19), Z434 (02/19), Z440 (06/10), MCS90 (99/99), 1198 (07/16), Z313 (04/21), Z312 (02/19), 4717 (02/19), 4852GA (02/19), 4881GA (02/19), Z228 (01/11) and A274GA (02/19).

The named insured organization type is a corporation.

## Policy changes effective  July 29, 2022

| | |
|---|---|
| Changes processed on: | July 29, 2022 5:59 p.m. |
| Premium change: | $1,117.00 |

The changes shown above will not be effective prior to the time the changes were requested.


Continued

Form 6489 GA (04/20)

Policy number: 957939273
M & B TRUCKING & TRANSPORTING LLC
Page 2 of 3

## Outline of coverage

### Auto coverage part

| Description | Limits | Deductible | Premium |
|---|---|---|---|
| Liability To Others | | | $12,388 |
|   Bodily Injury and Property Damage Liability | $1,000,000 combined single limit | | |
| Uninsured Motorist - Added On | | | 190 |
|   Bodily Injury and Property Damage | $100,000 combined single limit | | |
|   Deductible Applies To Property Damage | | $500 | |
| Medical Payments | $10,000 each person | | 44 |
| Comprehensive | | | 1,076 |
|   See Auto Coverage Schedule | Limit of liability less deductible | | |
| Collision | | | 3,405 |
|   See Auto Coverage Schedule | Limit of liability less deductible | | |
| Downtime/Rental Reimbursement | | | 907 |
|   See Auto Coverage Schedule | | | |
| Roadside Assistance | | | 109 |
| See Auto Coverage Schedule | Limit of liability less deductible | | |
| Trailer Interchange | $40,000 | $1,000 | 1,513 |
| **Subtotal policy premium** | | | **$19,632** |

### Motor Truck Cargo coverage part

| Description | Limits | Deductible | Premium |
|---|---|---|---|
| Motor Truck Cargo | $100,000 | $1,000 | $800 |
| Refrigeration Breakdown | included in Motor Truck Cargo Limit | $2,500 | included |
| **Subtotal policy premium** | | | **$800** |
| Federal Filing Fee | | | 25 |
| Additional Insured Fee | | | 20 |
| **Total 12 month policy premium and fees** | | | **$20,477** |

## Rated drivers

1. Custis Bradshaw

## Rated commodities

1. OTHER CONSUMER GOODS
2. OTHER FOOD AND BEVERAGES
3. EGGS
4. PLANTS/SHRUBS/TREES(TEMP CONTROLLED)


Continued

Form 6489 GA (04/20)

Policy number: 957939273
M & B TRUCKING & TRANSPORTING LLC
Page 3 of 3

## Auto coverage schedule

1. **2017 KENWORTH CONSTRUCTION**  Stated Amount: * $100,000 (including Permanently Attached Equip)
   VIN: **1XKYDP9X2HJ135913**  Garaging Zip Code: 31605  Radius: More than 500 miles
   Personal use: N  Body type: Truck Tractor

| | Liability Premium | UM-Add Premium | Med Pay Premium | | |
|---|---|---|---|---|---|
| **Liability Premium** | $12044 | $190 | $44 | | |

| | Comp Deductible | Comp Premium | Collision Deductible | Collision Premium | |
|---|---|---|---|---|---|
| **Physical Damage Premium** | $500 | $1076 | $500 | $3405 | |

| | DowntimeRntl Limit | DowntimeRntl Premium | Roadside Deductible | Roadside Premium | Auto Total |
|---|---|---|---|---|---|
| **Other Coverages Premium** | $750 per day Max $22,500 | $907 | $250 | $109 | **$17,775** |

2. **2030 Non-owned Attached Trailer** **
   VIN: **None**  Garaging Zip Code: 31605  Radius: More than 500 miles
   Personal use: N  Body type: 20

| | Liability Premium | Auto Total |
|---|---|---|
| **Liability Premium** | $344 | **$344** |

*A vehicle's stated amount should indicate its current retail value, including any special or permanently attached equipment.  In the event of a total loss, the maximum amount payable is the lesser of the Stated Amount or Actual Cash Value, less deductible.  Be sure to check stated amount at every renewal in order to receive the best value from your Progressive Commercial Auto policy.

**Non-Owned trailer but only while attached to a listed power unit specifically described on the declarations page.

## Premium discount

| Policy | |
|---|---|
| 957939273 | Electronic Funds Transfer |

## Additional Insured information

1. Additional Insured    Roadone
                         399 Oleary Rd Court
                         Wentworth, GA 31407

## Company officers

*[signature]*

Secretary

EXHIBIT 2

PROGRESSIVE CLAIMS
747 ALPHA DRIVE
HIGHLAND HEIGHTS, OH 44143



M & B TRUCKING & TRA NSPORTING LLC
5940 YUCATAN DR
ORLANDO, FL 32807

**Underwritten By:**
**Progressive Mountain Insurance Company**

Claim Number:    22-5291913
Loss Date:       November 10, 2022
Loss State:      FL
Document Date:   February 14, 2023
Page 1 of 2

**claims.progressive.com**
Track the status and details of your claim, e-mail your representative or report a new claim.

# Claim Information

Please be advised that I am handling this claim on behalf of the above referenced underwriting company "Progressive Mountain Insurance Company". We have completed our investigation into the above referenced claim. The purpose of this letter is to notify you that we are unable to find coverage for the loss as the policy was determined to have been misrepresented at the time of inception.

Please reference your policy insurance forms, Commercial Auto Policy 6912 (02/19) which states in part:

GENERAL PROVISIONS

-----

11. Fraud or Misrepresentation

This policy was issued in reliance upon the information provided on your insurance application. We may void this policy at any time, including after the occurrence of an accident or loss, if you:

1. made incorrect statements or representations to us with regard to any material fact or circumstance;

2. concealed or misrepresented any material fact or circumstance; or

3. engaged in fraudulent conduct; at the time of application. This means that we will not be liable for any claims or damages that would otherwise be covered.

Any changes we make at your request to this policy after inception will be made in reliance upon information you provide. If you:

1. make incorrect statements or representations to us with regard to any material fact or circumstance;

2. conceal or misrepresent any material fact or circumstance; or

3. engage in fraudulent conduct; in connection with a requested change, we may void the policy or reform it as it existed immediately prior to the requested change. We may do this at any time, including after the occurrence of an accident or loss. When we have not voided or reformed the policy, we may still deny coverage for an accident or loss if you, in connection with the policy application, or in connection with any requested change, have concealed or misrepresented any material fact or circumstance, or engaged in fraudulent conduct, and that concealment, misrepresentation, or fraudulent conduct was material to a risk we assumed.

We may deny coverage for an accident or loss if you or any other insured knowingly concealed or misrepresented any material fact or

circumstance or engaged in fraudulent conduct in connection with the presentation or settlement of a claim. We reserve all rights to indemnity against a person committing fraud or misrepresentation for all payments made and costs incurred.

If you should have any questions, please feel free to contact me at the number below.


Continued

Claim number:   22-5291913
Page 2 of 2

SHANNA JACKSON
Claims Department
1-440-620-5257
1-800-PROGRESSIVE (1-800-776-4737)
Fax: 1-833-905-1738

Form Z587 (01/08)