UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

M & B TRUCKING & TRANSPORTATION, LLC

Case No. 6:24-cv-345-GAP-RMN

Plaintiff,

vs.

PROGRESSIVE MOUNTAIN INSURANCE COMPANY

Defendant.
_________________________________/

**ORDER ON PARTIES' STIPULATION TO REMAND**

THIS CAUSE comes before the Court upon the Parties' Stipulation to Remand, filed on March 11, 2024 [Doc. 11]. The Court has reviewed the Stipulation and the full record. Upon careful review, the Parties' request for remand is GRANTED, and this matter is remanded to the County Court in and for Orange County, Florida.

ORDERED AND ADJUDGED as follows:

1. The Parties' Stipulation requesting Remand [Doc. 11] is GRANTED.

2. This case is REMANDED to the County Court in and for Orange County, Florida.

3. The Clerk of Court is directed to CLOSE this case.

DONE AND ORDERED in Chambers at Orlando, Florida this 13 day of March 2024.

Gregory A. Presnell
UNITED STATES DISTRICT JUDGE

cc: counsel of record